IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

SUNFLOWER ELECTRIC POWER CORPORATION,   )
                               Plaintiff,     )
                                        )
     vs.                                  )      Case No. 04-1003-WEB
                                        )
CLYDE BERGEMANN, INC.,                 )
                           Defendant.    )
_____)

**AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW the parties and jointly stipulate to the dismissal of this action with prejudice.

Each party in the action will bear its own costs.

APPROVED:

William F. Kluge, III, Esq.
1005 North Market Street
P.O. Box 454
Wichita, Kansas 67212-0454
wkluge@kluge.kscoxmail.com
(316) 425-7680
Attorneys for Defendant
s/  William F. Kluge
       William F. Kluge, III, #07090

H. Michael Dever
Bonnie L. Keith
FRIEDMAN, DEVER & MERLIN, LLC
5555 Glenridge Connector, NE, Suite 925
Atlanta, GA 30342
Attorneys for Defendant

WATKINS CALCARA, CHTD.
1321 Main, Suite 300
P.O. Drawer 1110
Great Bend, Kansas  67530
jmcvay@wcrf.com
(620) 792-8231
Attorneys for Plaintiff
s/  James M. McVay
       James M. McVay, #13046